# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| RONALD CUNNINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO: 2:02MC3127-D |
| | ) |
| DONALD J. WILLIAMS, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| DJW, INC., | ) |
| 6720 POST OAK LANE | ) |
| MONTGOMERY, AL 36117 | ) |
| | ) |
| Garnishee. | ) |

## FINAL JUDGMENT

Garnishee having failed to answer the conditional judgment, entered herein on May 21, 2003, it is CONSIDERED, ORDERED and ADJUDGED that said conditional judgment be and the same is hereby made final against the Garnishee in the sum of $43,212.08, plus costs of suit.

DONE this 6th day of December, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE